In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-583 CV


____________________



IN RE ROYAL INDEMNITY COMPANY






Original Proceeding








MEMORANDUM OPINION



 On November 21, 2007, Royal Indemnity Company filed a petition for writ of
mandamus. Upon notice that the parties were negotiating a possible settlement, we granted
an extension of time for filing the response. On January 25, 2008, we were notified that all
claims and counterclaims between Royal Indemnity Company and MP Holdings III, Inc. had
been dismissed with prejudice. We inquired whether the mandamus proceeding had been
mooted by the settlement between the relator and the only party to whom the relator had been
ordered to produce the documents that are the subject of this proceeding. The relator
acknowledged that this proceeding is moot.

 Accordingly, this original proceeding is dismissed without regard to the merits of the
issues raised in the petition for writ of mandamus.

 PETITION DISMISSED.


 PER CURIAM



Opinion Delivered March 6, 2008

Before McKeithen, C.J., Kreger and Horton, JJ.